**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRUSTEES OF THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND
PENSION FUND, ANNUITY FUND AND
TRAINING PROGRAM FUND, et al.,

                       Petitioners,                    21 **CIVIL** 0835 (MKV)

    -against-                                     **JUDGMENT**

AIR CONSTRUCTION, INC.,

                       Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 17, 2023, the petition to confirm the arbitration award is GRANTED. The Court awards judgment in Petitioners' favor in the amount of $28,485.53, plus statutory interest accruing from the date of this Order until Respondent has paid the full Award; accordingly, the case is closed.

**Dated**: New York, New York
           October 17, 2023

                                                         **RUBY J. KRAJICK**
                                                         **Clerk of Court**

                         **BY:**

                                                         **Deputy Clerk**